UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kamar Johnson

_____

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

D.O.C / the state of new york

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

### I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

### II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Kamar / S / Johnson
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

4412000264   NYSID# 015381249
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Rikers Island
Current Place of Detention

G.R.V.C 09-09 Hazen street
Institutional Address

East Elmhurst / N.Y. / 11370
County, City / State / Zip Code

### III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☑ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: I have 2 cases, I'm sentence on one and detain on the other

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

First Name        Last Name        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City        State        Zip Code

Defendant 2:

First Name        Last Name        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City        State        Zip Code

Defendant 3:

First Name        Last Name        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City        State        Zip Code

Defendant 4:

First Name        Last Name        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City        State        Zip Code

## V.   STATEMENT OF CLAIM

Place(s) of occurrence: Rikers Island, O.B.C.C., 2 upper (Housing area)

Date(s) of occurrence: 3-31-2020

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I was attacked and assaulted by several inmates of the bloods gang member for using the phone, they felt I wasn't suppose to use the phone because I wasn't a gang member. I was beating, Punch, kicked, and stomped while on floor. I was also pepper sprayed twice by the block C.O. for protecting myself. insted of the C.O. spraying my attackers with the MK4, he sprayed me for tryna to fight back. I was literally fighting for my life for what seems to be approx: 10 mins, with no help from the C.O. I also wasn't able to take a shower after getting sprayed with MK4 spray for another 20 days later. for they had me in intake after getting assaulted for 17 days straight sleeping on dirty floor, refusing to find housing for me, and this was all in the mist of the peak of the corona pandemic. I filed a claim, notice of intent to sue Last year, within the 90 days Time Limit, I haven't gotten any real feedback on my claim so I'm following up that claim, with this one.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Swollen face, cuts and lumps to head and forehead area, injuried back, neck and back pain. emotional distress. Pain and suffering, cruel and unusual punishment. ~~Mental~~ mental anguish, anxiety.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

I want $200,000 dollars and for Rikers Island C.O's to do their job, care, custody, and control, and stop catering to these gang members.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

8-7-2021
Dated

K. Johnson
Plaintiff's Signature

Kamar / S / Johnson
First Name / Middle Initial / Last Name

G.R.V.C 09-09 Hazen Street
Prison Address

East Elmhurst / N.Y. / 11370
County, City / State / Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 8-7-2021

Page 6

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Field | Value |
|---|---|
| Inmate's Name: | Kamar Johnson |
| Book & Case #: | 4412000264 |
| NYSID #: | 015381249 |
| Facility: | O.B.C.C. |
| Housing Area: | 2 lower |
| Date of Incident: | 3-31-2020 |
| Date Submitted: | 4-27-2020 |

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** I was assaulted by several inmates in 2 upper for using the phone. I was beating, kicked and stomp, then on top of that I was pepper sprayed twice by the C.O. for protecting myself. I also wasn't able to take a shower after getting sprayed for another 20 days later.

**Action Requested by Inmate:** I want the ~~police~~ C.O.'s to do a better job at care, custody, and control. I need ~~to~~ them to do a better job at breaking up gang assaults, I was fighting for my life way too long, and stop putting so much gang members in the same house or give them they own house

Please read below and check the correct box:

- Do you agree to have your statement edited for clarification by OCGS staff?  Yes ☐  No ☑
- Do you need the OCGS staff to write the grievance for you?  Yes ☐  No ☑
- Have you filed this grievance with a court or other agency?  Yes ☐  No ☑
- Did you require the assistance of an interpreter?  Yes ☐  No ☑

**Inmate's Signature:** K. Johnson
**Date of Signature:** 4-27-2020

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference #: 306333 | Category: RTG |
|---|---|---|

Office of Constituent and Grievances Services Coordinator/Officer Signature:




| CITY OF NEW YORK<br>DEPARTMENT OF CORRECTIONS<br>OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES<br>**RETURN OF GRIEVANCE FORM** | TO BE COMPLETED BY GRIEVANCE COORDINATOR<br># **306333** | Form: 7117R<br>Eff.: 8/23/19<br>Ref.: Dir.3376RA |
|---|---|---|

| **INMATE NAME AND BOOK AND CASE NUMBER:** Johnson, Kamer | **FACILITY:** OBCC | **DATE OF GRIEVANCE:** May 4, 2020 |
|---|---|---|

**HOUSING ASSIGNMENT:** 2 Lower 441-20-00264

**DATE GRIEVANCE RETURNED:** May 7, 2020

THE ATTACHED GRIEVANCE IS BEING RETURNED TO YOU BECAUSE YOU HAVE FAILED TO COMPLY WITH THE INMATE GRIEVANCE PROCEDURES POLICY. THIS GRIEVANCE IS BEING RETURNED FOR THE FOLLOWING REASON(S):

☐ This grievance concerns a Disciplinary Hearing action. This type of action is to be appealed through their own appeal process and not through the grievance process.

☐ There is no indication that you were personally affected by a Department or facility action or policy/procedure.

☐ This grievance appears to be on behalf of a group and group grievances are not permitted.

☐ This grievance is not signed and/or dated and/or does not include your Name, Book & Case number.

☐ This grievance contains multiple issues. Grievances are to address only one (1) issue unless there is a direct relationship between multiple issues. You may submit separate grievances for the separate issues.

☐ This grievance is incomplete, not understandable, presented in a courteous manner or contains excessive legal jargon.

☐ The grievance concerns an issue that cannot be resolved by the Department of Correction because the issue is beyond the authority of the Department. This issue may be addressed to: _____

☐ This grievance was not submitted within the ten (10) day timeframe. Must show just reason(s) for this delay, this grievance /appeal will not be reviewed.

☐ The issue in this grievance was reviewed and addressed previously in Grievance # _____

☐ Grievance description does not match action requested.

☑ Grievance is a documented use of force.

☐ Grievance falls under Nunez Compliance.

TIME STAMP

SIGNATURE OF GRIEVANCE COORDINATOR/OFFICER: *Ms. Nelson*

DATE OF RESPONSE: May 7, 2020

[Time stamp: 2020 MAY 18 P 2:24 CONSTITUENT & GRIEVANCE SVC]

If you disagree with this grievance, you have five (5) working days from the date of their response to submit your grievance, to the Grievance Coordinator/Officer.

Kamar Johnson
g.r.v.c
09-09 Hazen St.
East Elmhurst, N.Y. 11370

CERTIFIED MAIL

7020 1810 0001 2041 9125



To: Pro se intake unit
500 Pearl Street
New York, N.Y. 10007



02 1P   $ 006.06⁰
0000940327   AUG 18 2021
MAILED FROM ZIP CODE 11370